# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-po-5053-JTJ-1 |
| vs. | |
| THOMAS J. FAULKNER, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the Initial Appearance in this matter is RESET for December 7, 2023 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana.  IT IS ALSO ORDERED that the arrest warrant is HEREBY QUASHED.

DATED this 18th day of October, 2023.

_____
John Johnston
United States Magistrate Judge