# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. FAULKNER,<br><br>Defendant. | PO-23-5053-GF-JTJ<br><br>VIOLATION:<br>E1384259<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion, and for good cause shown,

**IT IS ORDERED** that violation E1384259 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the bench trial scheduled for April 25, 2024, is **VACATED.**

DATED this 23rd day of April, 2024.

_____
John Johnston
United States Magistrate Judge